EXHIBIT "1"



**IMAGE #2.**
**VA0002089208 / 2018-02-20**



**IMAGE #3.**
**VA0002089198 / 2018-02-19**



**IMAGE #4.**
VA0002089200 / 2018-02-19



**IMAGE #5.**
**VA0002089213 / 2018-02-19**



**IMAGE #6.**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = McGucken Elliot
Search Results: Displaying 7 of 59 entries

*2014 Group Registration Photos, Dr. Elliot McGucken 45SURF Hero's Odyssey...*

- **Type of Work:** Visual Material
- **Registration Number / Date:** VA0002089200 / 2018-02-19
- **Application Title:** 2014 Group Registration Photos, Dr. Elliot McGucken 45SURF Hero's Odyssey Mythology Fine Art Photography, published January 1st, 2014 to December 31st, 2014, Approximately 43,601 Photos.
- **Title:** 2014 Group Registration Photos, Dr. Elliot McGucken 45SURF Hero's Odyssey Mythology Fine Art Photography, published January 1st, 2014 to December 31st, 2014, Approximately 43,601 Photos.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Elliot McGucken. Address: 817 Levering Ave., Apt. 14, Los Angeles, CA, 90024, United States.
- **Date of Creation:** 2014
- **Date of Publication:** 2014-01-01
- **Nation of First Publication:** United States
- **Authorship on Application:** 45SURF Hero's Odyssey Mythology, pseud. of Elliot McGucken (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: photograph.
- **Rights and Permissions:** Elliot McGucken, 817 Levering Ave., Apt. 14, Los Angeles, CA, 90024, United States, (310) 806-3647, (310) 806-3647, goldennumberratio@gmail.com
- **Names:** McGucken, Elliot
  45SURF Hero's Odyssey Mythology, pseud.

**IMAGE #7.**
VA0002089213 / 2018-02-19



Thanks & Best,

Elliot