EXHIBIT "3"

## Lisa Vondran

| | |
|---|---|
| **From:** | Claims@VondranLegal |
| **Sent:** | Thursday, September 19, 2019 11:12 AM |
| **To:** | giftsdelightllc@gmail.com; sales@complianceassistance.us |
| **Subject:** | RE: CASE #920 FINAL DEMAND NOTICE/COPYRIGHT PHOTO INFRINGEMENT |
| **Attachments:** | 920 GIFTS DELIGHT LLC DEMAND PACKET.pdf; 920 GIFTS DELIGHT, LLC. COMPLAINT.docx.pdf |

Dear Sir/Madam,

We have attempted to previously contact you.  Your company has unlawfully used my Client's image(s) to seek to use them commercially on your website.  We requested a response to our demand letter which sought to settle this case amicably out of court, and to date this matter has not been officially settled.  Attached is a link to a recent decision where a Defendant refused to respond to a McGucken photo infringement complaint, which as you can see, resulted in a 120k award.

https://www.bloomberglaw.com/public/desktop/document/McGucken_v_DMI_Holdings_No_CV_184837_DSF_GJSx_2019_BL_126220_CD_C?1554935078

We are willing to seek to resolve this case amicably, but we cannot do so if you chose not to respond to this Demand.  Please note, this matter will not go away simply by ignoring it or taking down the infringing photo.

So, please consider this our last attempt to contact you,  if we do not hear from you in a timely manner we will assume that you have no intention to resolve your past infringement issues out of court.

PLEASE SEE THE ATTACHED DOCUMENT WHICH HAS BEEN PREPARED AND IS READY TO FILE: "COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT/DEMAND FOR A JURY TRIAL"

If you would like to propose a counter-offer to the original Demand, we welcome that and please do so in writing. PLEASE REFERENCE YOUR CASE #920 ON ALL CORRESPONDENCE. I have attached a copy of the original Demand Letter for your reference thereto.

Thank you,

Steve Vondran

1

1
2
3
4
5
6
7
8
9

Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail: steve@vondranlegal.com

Attorney for Plaintiff: *Dr. Elliot McGucken*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| DR. ELLIOT MCGUCKEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GIFTS DELIGHT, LLC., and DOES 1-25 inclusive.<br><br>Defendant(s) | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR A JURY TRIAL** |

19    COMES NOW Dr. Elliot McGucken ("Plaintiff"), hereby alleging as follows:

20                              **JURISDICTION AND VENUE**

21    1.    This is a civil action seeking damages and injunctive relief for copyright

22  infringement under the Copyright Act of the United States, *17 U.S.C. §101 et seq.*

23    2.    This Court has subject matter jurisdiction over Plaintiff's claims for

24  copyright infringement pursuant to *28 U.S.C. §1331* (federal question) and *28 U.S.C.§*

25  *1338* (jurisdiction over copyright actions).

26

27                                          1

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

3.     This Court has personal jurisdiction over Defendants because Defendants have targeted and caused damage in this jurisdiction the brunt of the infringement injury which can be felt in this jurisdiction.

4.     Venue in this judicial district is proper under *28 U.S.C. §1391 et seq.* and in that this is the judicial district in which a substantial part of the acts and/or omissions giving rise to the claims are believed to have occurred and where personal jurisdiction otherwise exists as Defendants activities injured Plaintiff in this jurisdiction.

## PARTIES

5.     Plaintiff Dr. Elliot McGucken ("McGucken or "Plaintiff") is a professional photographer and author residing in Los Angeles, California.  He does not sell his images on stock art websites.  He has sold his art for as high as $8,000 and his work has appeared on the cover of Nikon magazine and in other publications.  He routinely provides art to U.C.L.A. medical.  A list of his accolades can be found at Amazon.com - see **Exhibit "C."** He sells photography books on Amazon.  His art and entrepreneurship course has been reported in the New York Times.

6.     Defendant GIFT DELIGHT, LLC., ("Defendant" and/or "Defendants") has infringed Plaintiff's copyrights causing damage in this jurisdiction.

7.     Plaintiff is unaware of the true names and capacities of the  Defendants sued herein as DOES 1 through 25, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and, on that basis, alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants, and all fictitiously named Defendants.

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

8.    For purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees' officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and, insurers of Defendants named in this caption.

## FACTUAL ALLEGATIONS

9.    Plaintiff incorporates the allegations above as if alleged herein.

10.    Plaintiff is a fine art photographer and author and has a Phd in physics. He does not sell his photographs via any "stock images" websites and instead is in the business of building a fine art brand with equisite photos that are subject to widespread infringement requiring an ongoing enforcement effort.

11.    Many persons incorrectly believe they can download and use his images, without authorization for their own personal and commercial uses.

12.    Plaintiff is the sole author and rights holder to the original photograph(s) that were willfully infringed  (the "Image" and/or "Work"), a true and correct copy of which is attached hereto as **Exhibit "A."**

13.    Plaintiff has previously registered the Image with the United States Copyright Office as referenced in **Exhibit "B".**

14.    Defendants have unlawfully copied and/or reproduced and/or publicly displayed Plaintiff's Image, without consent or authorization COMMERCIALLY capitalizing of Plaintiff's copyrighted Work.

15.    Plaintiff discovered the Image being used on Defendant's Website and demanded that the photo(s)/images be taken down.

16.    Plaintiff has never authorized the Defendant(s) to use the Image in any manner whatsoever, and no license is known to exist.

17.    On information and belief, the Defendants knew they did not have permission to use the Image on the Website for commercial purposes, and willfully

3

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

1    infringed Plaintiff's Image by consciously failing to obtain a proper commercial license

2    and in reckless disregard of the rights of the photographer.

3

4                       **FIRST CAUSE OF ACTION**
                         **COPYRIGHT INFRINGEMENT**

5                             *[Against All Defendants]*

6        18.    Plaintiff incorporates by reference all of the above paragraphs of this

7    Complaint and all Exhibits as though fully stated herein.

8        19.    Plaintiff is informed and believes and thereon alleges that the Defendants

9    willfully violated the exclusive rights of Plaintiff original copyrighted work and

10   infringed upon Plaintiff's copyrighted Image in violation of *Title 17 of the U.S. Code*, in

11   that it used, published, communicated, posted, distributed, and/or otherwise held out to

12   the public for commercial benefit, the original and unique Image of the Plaintiff without

13   Plaintiff's consent or authority, by using it in the Infringing manner on Defendant's

14   Website.

15       20.    There is no fair use of Plaintiff's work which is an original work of

16   authorship.

17       21.    Plaintiff did not consent to, authorize, permit, consent, or allow in any

18   manner Defendant's said use of Plaintiff's unique and original Image including for any

19   reproduction, distribution, or public display.

20       22.    Defendants were aware that they were violating the law and intentionally

21   infringing the copyright of Plaintiff as all works of authorship fixed in a tangible medium

22   of expression are subject to copyright laws.

23       23.    Defendants are presumed to know the law, and thus presumed to know the

24   Images were copyrighted.

25

26       24.    Defendants did not seek any license or permission to obtain or use the photo

27

4

Images which are copies, reproductions and substantially similar to Plaintiff's copyrighted work.

25.    Defendants willfully violated Plaintiff's exlusive rights to his Coyrights in regard to:

(a) the exclusive right to **reproduce** its Works in Copies in violation of *17 U.S.C. §106(1) and §501*

(b) **distribute copies** of the Works to the public in violation of *17 U.S.C. §106(3) and §501*

(c) **publicly displaying** the copyrighted *Works in violation of 17 U.S.C. §106(5) and §105* by showing individual images of the Works.

26.    Thus, they intentionally infringed, and acted in complete disregard of Plaintiff's exclusive rights which, by law, Defendants are presumed to know and must follow.

27.    Defendants committed infringements *"willfully"* within the meaning of *17 U.S.C. §504(c)2.*

28.    As a result of Defendants willful violations of *Title 17 of the U.S. Code*, Plaintiff is entitled to any actual damages pursuant to *17 U.S.C. §504(b)*, or statutory damages in an amount from $30,000 up to $150,000.00 per infringement pursuant to *17 U.S.C§ 504(c).*

29.    As a result of the Defendants' violations of *Title 17 of the U.S. Code*, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to *17 U.S.C § 505*. Plaintiff seeks costs and reasonable attorney fees.

30.    Plaintiff is also entitled to injunctive relief to prevent or restrain

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

5

infringement of his copyright pursuant to *17 U.S.C. § 502* to prevent Defendant from engaging in future acts of infringement of Plaintiff's valuable copyrighted works.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For an award of actual damages and disgorgement of all of Defendants profits attributable to the infringement as provided by *17 U.S.C. §504* in an amount to be proven at trial, or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendants in an amount from $30,000 up to $150,000.00 for each willful infringement pursuant to *17 U.S.C. §504(c)*, whichever is larger;

- For an order pursuant to *17 U.S.C. §502(a)* enjoining Defendants from any further infringing use of any of Plaintiff's Image;

- For costs of litigation and reasonable attorney's fees against Defendants pursuant to *17 U.S.C. §505*;

- For an award of pre- and post-judgment interest; and

- For any other relief the Court deems just and proper.

- Plaintiff hereby demands a jury trial

>>>>>

>>>>>

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

**INJUNCTION REQUESTED:**

Defendants will suffer irreparable harm if Defendant is allowed to continue to infringe Plaintiff's copyrights Works.  WHEREFORE,

The Court should ORDER:

1. Defendants, and each of them, shall be, and hereby are, PERMANENTLY ENJOINED from directly or indirectly infringing Plaintiff's copyrights.

2. This injunction shall apply to any parent company, subsidiary, or affiliate of Plaintiff including without limitation by use of the Internet or any online media distribution system to copy or reproduce (i.e. download, upload, record or copy), to distribute (i.e. upload), or to make any of the Works available for distribution to the public, except pursuant to a lawful license or with the express authority of the Copyright holder.

3. Defendants shall destroy all copies of Plaintiffs Work(s) (whether existing in digital format, online, physically or otherwise) from any and all hard drives, servers, electronic storage devices, web servers, or other devices that exist without Plaintiff's express written authorization and shall destroy all copies of those Works transferred onto any physical medium and any device in Defendants' possession, custody or control.

7

4. Defendants shall provide notice of Compliance with this injunction to Plaintiff within 30 days of the Court Order.

RESPECTFULLY SUBMITTED,

DATED: March 1ˢᵗ , 2019         **THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.**

By:  /s/ Steven C. Vondran, Esq.

Steven C. Vondran, [SBN 232337]
ATTORNEY FOR PLAINTIFF
DR. ELLIOT MCGUCKEN
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail:  steve@vondranlegal.com

8