EXHIBIT "4"





**INFRINGEMENT #2.**
https://www.amazon.com/Gifts-Delight-Laminated-24x26-Poster/dp/B07FK7FV13
https://images-na.ssl-images-amazon.com/images/I/81Rc6m8tBAL._SL1200_.jpg



**INFRINGEMENT #3.**
https://www.amazon.com/Gifts-Delight-Laminated-Poster-Swimsuit/dp/B07FK77NN6/
https://images-na.ssl-images-amazon.com/images/I/71gp6w4mzfL._SL1200_.jpg



**INFRINGEMENT #4.**
https://www.amazon.com/Gifts-Delight-Laminated-24x35-Poster/dp/B07FK9X51J/
https://images-na.ssl-images-amazon.com/images/I/71wv-Xbe9fL._SL1200_.jpg



**INFRINGEMENT #5.**
https://www.amazon.com/Gifts-Delight-Laminated-36x24-Poster/dp/B07FKHFX1V/
https://images-na.ssl-images-amazon.com/images/I/71Ko%2BJ%2BxqRL._SL1200_.jpg



**INFRINGEMENT #6.**
https://www.amazon.com/Gifts-Delight-Laminated-24x25-Poster/dp/B07FK63F4P/
https://images-na.ssl-images-amazon.com/images/I/61O2kpR6M4L._SL1200_.jpg



**INFRINGEMENT #7.**
https://www.amazon.com/dp/B07FK7D55L/
https://www.amazon.com/Gifts-Delight-Laminated-27x24-Poster/dp/B07FK7D55L
https://images-na.ssl-images-amazon.com/images/I/71CfDkibwwL._SL1200_.jpg